

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2015

No. 04-15-00533-CR

Jesse **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR7759W
Jefferson Moore, Judge Presiding

# O R D E R

The Appellant's Pro Se Motion for Counsel is denied as MOOT.


_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court